# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DON M. ANDREW, JR. (#32596-034)

VERSUS

JEFF LANDRY, ET AL

CIVIL ACTION

19-221-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated August 10, 2022, to which an Objection[2] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner Don M. Andrew, Jr., is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied if Petitioner seeks to pursue an appeal.

Signed in Baton Rouge, Louisiana the 6 day of September, 2022.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 15.